F I L E D
Clerk
District Court
AUG 22 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZAJI O. ZAJRADHARA,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH UTILITIES CORPORATION,<br><br>**Defendant.** | CIVIL ACTION NO. 15-00007<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

Based on the Stipulation of the Parties (ECF No. 59 ), and good cause appearing,

IT IS HEREBY ORDERED, that this matter is DISMISSED with prejudice. Each party shall bear its own fees and costs. The Court will retain jurisdiction to enforce the *Settlement Agreement And Dismissal Of All Claims*. The Clerk is directed to close the case.

SO ORDERED this 22nd day of August, 2018.

_____
RAMONA V. MANGLONA
Chief Judge